In Re:

Monterra Development Corporation,

    Debtor-in-possession

Case No. 99-21577
Chapter 11
Reorganization

Monterrra Development Corporation,

    Plaintiff,

Vs.

A.P. No. 00-0077

Ted Hale
    Defendant,

### Answer

Now comes the Defendant and states the following:

### First Defense

The plaintiffs complaint fails to state a claim upon which relief can be

Granted.

### Second Defense

The Defendant Admits the allegations in paragraphs 1 and 2.

The Defendant denies the allegations in paragraphs 3, 4, and 5, and

demands strict proof thereof.

### Third Defense

The defendant asserts all affirmative defenses available pursuant to the

United States Bankruptcy Code.

### Fourth Defense

The defendant asserts that the Plaintiff is in breach of contract with the

Defendant, and that the items that exist on the Plaintiffs property must satisfy the Plaintiffs debt to the Defendant.

### Fifth Defense

The Plaintiff failed to timely file for such items.

**Wherefore**, the Defendant prays that this Court dismiss Plaintiffs complaint, and for such other and further relief as this Court deems appropriate and just.

Ted Hale
By Counsel

Troy N. Giatras Esq.
Giatras & Webb
8 Capitol Street
Suite 800
Charleston, WV 25301
(304) 343-2900
(304) 343-2942 fax
WV State Bar # 5602